**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. CV 05-1439 MJD/RLE

Don Bye,

       Plaintiff,

vs.                  **ORDER**

Boise Cascade Corporation, International Union of Operating Engineers, Local No. 50; United Association of the Journeymen and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, Local #771; International Brotherhood of Firemen and Oilers, Local #937; Chauffeurs, Teamsters and Helpers, Local #346; International Brotherhood of Electrical Workers, Local #731; International Association of Machinists, Local #760; International Association of Machinists, Local @-33; and United Paperworks International Union, A.F. of L.-C.I.O., C.L.C., Local No. 49; Joint Union Council, and the individuals defendants listed on Schedule A, attached,

       Defendants.

---

   IT IS HEREBY ORDERED, based upon Stipulation and Consent to Remand, that the above-captioned matter is hereby remanded to state court.

DATED:  November 28, 2005   BY THE COURT:

               <u>s / Michael J. Davis</u>
               Michael J. Davis
               Judge of U.S. District Court